UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY B. STRANGES      : <br>    Plaintiff                              : <br>                                      : <br>    vs.                                      : <br>                                    : <br> OXFORD LAW, LLC           : <br>    &                                     : <br> EXECUTIVE FINANCIAL ENTERPRISES INC.    : <br>    &                                     : <br> EXPERIAN INFORMATION SOLUTIONS INC.   : <br>    Defendants                  : | Case No. 1:14-cv-01475-YK |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, AMY B. STRANGES, and the defendant, EXPERIAN INFORMATION SOLUTIONS, Inc., that the above-entitled action is hereby dismissed with prejudice as to Experian Information Solutions, Inc. only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: _/s/ *Brent F. Vullings*
     Brent F. Vullings, Esquire
     Attorney for Plaintiff

Jones Day

BY: _/s/ *Hayley A. Haldeman*
     Hayley A. Haldeman, Esq.
     Attorney for Defendant Experian Information Solutions Inc.

                      IT IS SO ORDERED.

                      _____
                      J.