**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMY B. STRANGES**      :  | Case No. 1:14-cv-01475-YK |
|     **Plaintiff**         : | |
|     **vs.**              : | |
| **OXFORD LAW, LLC**      : | |
|     **&**                : | |
| **EXECUTIVE FINANCIAL**  : | |
| **ENTERPRISES, INC.**    : | |
|     **&**                : | |
| **EXPERIAN INFORMATION** : | |
| **SOLUTIONS, INC.**      : | |
|     **Defendants**       : | |

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, AMY B. STRANGES, and the defendant, OXFORD LAW, LLC, that the above-entitled action is hereby dismissed <u>with prejudice</u> as to OXFORD LAW, LLC only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    Vullings Law Group, LLC

    BY:  _/s/ Brent F. Vullings_
          Brent F. Vullings, Esquire
          Attorney for Plaintiff


    BY:  _/s/ Robert M. Kline_
          Robert M. Kline, Esq.
          Attorney for Defendant, Oxford Law, LLC

                              IT IS SO ORDERED.

                              _____
                                     J.