IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY B. STRANGES** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:14-cv-1475** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **OXFORD LAW, LLC, et al.** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this 6th of October 2015, upon consideration of the filing of a Stipulation of Dismissal (Doc. No. 20), **IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice as to Oxford Law, LLC only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of Court shall close the case.

        s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania